**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN LOPEZ,<br>            Plaintiff,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>            Defendants. | NO. 1:09-CV-01290-AWI<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 14, 2009, AND TAKING MATTER UNDER SUBMISSION |

      Defendant Ocwen Loan Servicing, LLC, has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on September 14, 2009. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 31, 2009. Plaintiff failed to do so.

      Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September
2  14, 2009,  is VACATED, and no party shall appear at that time.  As of September 14, 2009,  the
3  court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   September 10, 2009**              **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE

2