1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ, ) | NO. 1:09-CV-1290-AWI-GSA |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE AS TO PLAINTIFF'S COUNSEL JOHN SETLICH |
| v. ) | |
| ) | |
| EQUIFIRST CORPORATION, et al., ) | |
| Defendants. ) | |

On June 18, 2009, Plaintiff Juan Lopez filed suit in the Tulare Superior Court.  On June 23, 2009, Defendant Ocwen Loan Servicing, LLC removed the action to this court. On June 24, 2009, the clerk's office of this Court issued a notice informing Plaintiff's counsel, Robert Setlich ("Setlich"), that court records indicated that Setlich was not admitted to practice in this Court. See Docket Entry No. 5.  Setlich was directed to submit a petition for admission and an ECF registration form within ten days, or proof of admittance in the Eastern District.  Id.  Setlich was required to submit his petition for admission or proof of admittance by July 6, 2009.   It appears that Setlich has not complied with the clerk's notice.

Pursuant to Local Rule 83-180(b), only attorneys who are members of the Bar of the Federal Eastern District of California may practice in this Court.  See L.R. 83-180(b).

1  Accordingly, Setlich is ordered to show cause why he has not complied with the Clerk's notice
2  and submitted a petition for admission or a copy of his admittance certificate to the Eastern
3  District.[1]

### ORDER

For the reasons discussed above, IT IS HEREBY ORDERED that:

1. Setlich is ordered to show cause in writing, on or by October 10, 2009, as to why he has not complied with the clerk's June 24, 2009 notice and submitted a petition for admission to practice in the Eastern District or proof of admittance;

2. Setlich is forewarned that if he does not comply with Local Rule 83-180 and the clerk's notice (Docket Entry No. 5), all future filings by him will be stricken; and

3. A hearing on the order to show cause will be held on October 19, 2009 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   September 30, 2009**         /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court notes that it may order any person who practices before it in violation of L.R. 83-180 to pay an appropriate penalty that the Clerk shall credit to the Court's Nonappropriated Fund. See L.R. 83-180(d). Payment of such sum shall be an additional condition of admission or reinstatement to the Bar of this Court or to practice in this Court. Id.