# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFIRST CORPORATION, et al.,<br><br>        Defendants. | NO. 1:09-CV-1290-AWI-GSA<br><br>ORDER NUNC PRO TUNC MODIFYING THE COURT'S SEPTEMBER 30, 2009 ORDER TO SHOW CAUSE |

    On September 30, 2009, the court issued an order (Doc. No. 19) ordering Robert Setlich ("Setlich") to show cause why he has not complied with the Clerk's notice and submitted a petition for admission or a copy of his admittance certificate to the Eastern District. The court mistakenly ordered Setlich to show cause in writing, on or by October 10, 2009. Because October 10, 2009 is a Saturday, the court's order is modified *nunc pro tunc* such that Setlich must show cause in writing on or by Tuesday, October 13, 2009.

    In all other respects, the September 30, 2009 order remains unchanged.

    IT IS SO ORDERED.

Dated:   October 2, 2009                    /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE