# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LOPEZ,<br><br>         Plaintiff,<br><br>     v.<br><br>EQUIFIRST CORPORATION, et al.,<br><br>         Defendants. | NO. 1:09-CV-1290-AWI-GSA<br><br>ORDER VACATING OCTOBER 19, 2009 SHOW CAUSE HEARING AS TO PLAINTIFF'S COUNSEL JOHN SETLICH |

On October 2, 2009, this court issued an order, that required Plaintiff's counsel, Robert Setlich ("Setlich") to show cause why he had not complied with the Clerk's notice regarding admission to the Eastern District. See Doc. No. 19. Setlich was forewarned that if he failed to comply with the court's order, all of his future filings would be stricken. On October 5, 2009, Setlich was ordered nunc pro tunc to show cause in writing by October 13, 2009. See Doc. No. 20. Setlich failed to respond to the court's October 2, 2009 and October 5, 2009 orders. As such, Setlich is in violation of the court orders. As the court warned, any future filings submitted by Setlich will be stricken. Additionally, should Setlich comply with the Clerk's notice, he will

be subject to sanctions pursuant to Local Rule 83-180(b).[1]

**ORDER**

    For the reasons discussed above, IT IS HEREBY ORDERED that:

    1.    The show cause hearing set for October 19, 2009 is vacated; and

    2.    All future filings by Setlich will be stricken until otherwise ordered by the court.

IT IS SO ORDERED.

**Dated:**   **October 15, 2009**           **/s/ Anthony W. Ishii**
                                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Under L.R. 83-180, the court may order any person who practices before it in violation of L.R. 83-180 to pay an appropriate penalty that the Clerk shall credit to the Court's Nonappropriated Fund. See L.R. 83-180(d). Payment of such sum shall be an additional condition of admission or reinstatement to the Bar of this Court or to practice in this Court. Id.